UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.

1:16-cv-10160-LTS

LEONARD COYER, ET. AL.
*Plaintiff,*

v.

IMPRIVATA, INC. ET. AL.
*Defendants*

CLOSING ORDER DISMISSING CASE

SOROKIN, D.J.

In accordance with the Court's Order (CM/ECF No. 59), dated May 15, 2017, granting [39] [40] Motions to Dismiss, this case is hereby dismissed and closed.

SO ORDERED.

/s/ Leo T. Sorokin
UNITED STATES DISTRICT COURT

May 15, 2017